FILED - USDC - NDTX - SA
APR 13 '26 AM9:28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CAROLYN HALL,

    Plaintiff,

v.                                                                    No. 1:25-CV-095-H

SHANE DEAL, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that Carolyn Hall's complaint be dismissed with prejudice. Dkt. No. 17. Hall objects. Dkt. Nos. 18; 19. The Court declines to apply de novo review to Hall's objections for two reasons. First, much of the objections are "conclusive [and] general" in nature. *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc). Second, her arguments regarding equitable tolling are simply a "mere[] disagree[ment] with [the] recommendation." *Leslie G. v. Kijakazi*, No. 5:21-CV-202, 2023 WL 2536111, at *3 (N.D. Tex. Mar. 16, 2023) (citing *Hernandez v. United States*, No. PE:11-CR-442, 2016 WL 6998387, at *16 (W.D. Tex. Apr. 26, 2016)). And while Hall attaches a trove of evidence to her objections (*see* Dkt. No. 18-1), nothing in her filings properly addresses the Magistrate Judge's central findings that her claims are time-barred and not subject to equitable tolling, barred by judicial immunity, and barred by prosecutorial immunity. *See* Dkt. No. 17 at 22.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court

– 2 –

accepts and adopts the FCR.  Hall's claims against the defendants are dismissed with prejudice as time-barred, barred by judicial immunity, and barred by prosecutorial immunity.

So ordered on April 15 , 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE